# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL ANDERSON,** | : | **CIVIL NO. 1:CV-14-00330** |
| **Plaintiff** | : | **(Judge Rambo)** |
| v. | : | |
| **MARY L. SHOWALTER, et al.,** | : | |
| **Defendants** | : | |

## O R D E R

In accordance with the accompanying memorandum issued on this date, **IT IS HEREBY ORDERED THAT:**

1) Corrections Defendants' motion to dismiss (Doc. 19) is **GRANTED** in part and **DENIED** in part as follows:

    a) Plaintiff's Section 1983 claims for money damages against all Corrections Defendants in their official capacities are **DISMISSED**;

    b) Plaintiff's request for declaratory relief against all Corrections Defendants is **DENIED**;

    c) Plaintiff's Section 1983 claims against Defendants Bickell and Garman are **DISMISSED**;

    d) Plaintiff's Eighth Amendment claim of deliberate indifference to his serious medical needs as to all Corrections Defendants is **DISMISSED**; and

    e) Corrections Defendants' motion to dismiss Plaintiff's ADA claim is **DENIED**.

  2) Corrections Defendants shall answer the complaint (Doc. 1) within thirty (30) days of the date of this order.

           s/Sylvia H. Rambo
           SYLVIA H. RAMBO
           United States District Judge

Dated: March 20, 2015.